UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| JASON GUNN, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.    3:18-cv-467-TWP-HBG |
| CLAIBORNE COUNTY JUSTICE CENTER, MICHELLE SMITH, STEVE ELLIS and MARK ELLIS, | ) ) ) ) | |
| Defendants. | | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this pro se prisoner's civil rights action brought under 42 U.S.C. § 1983 is **DISMISSED with prejudice** for want of prosecution, *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997) *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007), and for failure to comply with Court orders pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] is **DENIED**. Plaintiff is **ASSESSED** total court fees in the amount of four hundred ($400.00) dollars, consisting of a filing fee of three hundred fifty dollars ($350.00), and an administrative fee of fifty dollars ($50.00). *See* 28 U.S.C. § 1914(a); Judicial Conference of the United States, District Court Miscellaneous Fee Schedule # 14 (effective September 1, 2018). The Clerk is **DIRECTED** to forward a copy of this order to the Court's financial deputy.

The Court **CERTIFIES** that any appeal taken in this matter would not be taken in good faith. 28 U.S.C. § 1915(a)(3). Thus, should Plaintiff file a notice of appeal, he is **DENIED** leave to proceed *in forma pauperis* on appeal. *Id*.

The Clerk is **DIRECTED** to close the civil file at 3:18-cv-467.

**IT IS SO ORDERED.**

**E N T E R :**

                                             s/ Thomas W. Phillips
                                        SENIOR UNITED STATES DISTRICT JUDGE